IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL HENDRICK, individually and as a representative of all other persons similarly situated<br>　*Plaintiff*<br><br>v.<br><br>ARAMARK CORPORATION, *et al.*<br>　*Defendants* | CIVIL ACTION<br><br>NO. 16-4069 |

# O R D E R

AND NOW, this 18th day of April 2017, upon consideration of Defendants' *motion to dismiss*, [ECF 15], Plaintiff's opposition to Defendants' motion to dismiss, [ECF 17], Defendants' reply, [ECF 18], Defendants' notice of supplemental authority, [ECF 20], Plaintiff's opposition to Defendants' notice of supplemental authority, [ECF 21], and the allegations contained in Plaintiff's complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and this action is **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*